# IN THE SUPREME COURT OF THE STATE OF NEVADA

XIAO YE BAI,

                Appellant,

        vs.

THE STATE OF NEVADA,

                Respondent.

No. 83813

**FILED**

DEC 03 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on September 10, 2021. Appellant did not file the notice of appeal, however, until November 16, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). This court lacks jurisdiction to entertain an untimely appeal. *See Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). To the extent, if any, that appellant's appeal is in regard to the postconviction motion to withdraw a guilty plea, no decision, oral or written, has been made on the motion. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

21-34535

cc: Hon. Eric Johnson, District Judge
Xiao Ye Bai
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A